IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:08-cv-294 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| JPMORGAN CHASE & CO., et al | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ALL NAMED DEFENDANTS

Pursuant to the parties' agreement and the entry of Plaintiff Leon Stambler's First Amended Complaint in Civil Action No. 2:08-cv-204, Plaintiff Leon Stambler hereby dismisses the above entitled action against all named Defendants in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The dismissal of this action as to all Defendants is made WITHOUT PREJUDICE.

**Dated:  August 19, 2008**

Respectfully submitted,

_____
Brent N. Bumgardner
Texas State Bar No. 00795272
Attorney-in-Charge
Edward R. Nelson, III
Texas State Bar No. 00797142
Christie B. Lindsey
Texas State Bar No. 24041918
NELSON BUMGARDNER CASTO, P.C.
5601 Bridge Street, Suite 300

1

Fort Worth, Texas 76112
(817) 377-9111
(817) 377-3485 (fax)
bbumgardner@nbclaw.net
enelson@nbclaw.net
clindsey@nbclaw.net

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX  75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

Ronald A. Dubner
Texas State Bar No. 06149000
4965 Preston Park, Suite 560
Plano, Texas 75093
(972) 964-6500
(972) 964-6533 (fax)
rondub@gte.com

***ATTORNEYS FOR PLAINTIFF
LEON STAMBLER***

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 19th day of August, 2008.

                                                  Eric M. Albritton